RENAULT FRERES SELLING BRANCH, INC., Respondent, v.
SEWALL & ALDEN, Appellant.

Reported below, 163 App. Div. 896.
(Submitted September 28, 1914; decided October 6, 1914.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judi-
cial department, entered June 2, 1914, affirming a judg-
ment in favor of plaintiff entered upon a verdict in an
action to recover for work performed and materials
furnished.

The motion was made upon the ground that the action
was one for services; that the affirmance by the Appellate

Division was unanimous and that permission to appeal had not been obtained.

*Henry Hoelljes* for motion.

*Joseph H. Allen* opposed.

Motion denied, with ten dollars costs.